IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CYNTHIA SMITH                          §
                                       §
v.                                     §        CIVIL NO. 4:24-CV-01028-SDJ-BD
                                       §
WAL-MART STORES TEXAS, LLC             §

**MEMORANDUM ADOPTING REPORT AND
<u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 30, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #26), that Defendant Wal-Mart Stores Texas, LLC's ("Defendant") Motion for Summary Judgment, (Dkt. #21), be granted. Plaintiff Cynthia Smith ("Plaintiff") filed Objections, (Dkt. #27), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Plaintiff specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motion for Summary Judgment, (Dkt. #21), is **GRANTED**. Plaintiff Cynthia Smith's claims against Defendant Wal-Mart Stores Texas, LLC are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 15th day of May, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE